01-15-00610-CR



# CHRIS DANIEL

**HARRIS COUNTY DISTRICT CLERK**

July 6, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 9:01:13 AM
CHRISTOPHER A. PRINE
Clerk

ADAM BROWN
ATTORNEY OF RECORD
300 MAIN ST., SUITE 200
HOUSTON, TX 77002

Defendant's Name: COREY DOUGLAS-MYERS

Cause No: 1431643

Court: 230TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 06/23/2015
**Sentence Imposed Date:** 06/23/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** ADAM BROWN
Pauper's Oath 06/23/2015

Sincerely,

/s/ N. Salinas

Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. 143163

**THE STATE OF TEXAS**

Corey Myers

V.

, A/K/A/ _____

263 _____ **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___6/23/15___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___6/23/15___
**Date**

Corey Myers
**Defendant (Printed name)**

Jerome Godinich
**Attorney (Signature)**

Jerome Godinich
**Attorney (Printed name)**

08057700
**State Bar Number**

917 Franklin ste 320
**Address** Houston TX 77002

713 223 8388
**Telephone Number**

F I L E D
Chris Daniel
District Clerk

JUN 23 2015

Time:_____
Harris County, Texas
Deputy

**The defendant (check all that apply):**

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X Corey Douglas Myers
**Defendant (Signature)**

Corey Douglas Myers
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___JUN 23 2015___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **JUN 2 3 2015** _____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **JUN 2 3 2015**
6-23-15

_____
JUDGE PRESIDING,
DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1431643

THE STATE OF TEXAS

v.

Corey Douglas Myers, Defendant

IN THE 230 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

6-23-15

JUN 2 3 2015

_____         _____
Judge                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

FILED
Chris Daniel
District Clerk

JUN 23 2015

Time: _____

Harris County, Texas

By_____
Deputy

State Bar of Texas ID number: 0805420

Mailing Address: 917 Franklin ste 320
Houston TX 77002

Telephone number: 713 237 8388

Fax number (if any): 713 224 2889

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1431643

OFFENSE: Ass Robbery

THE STATE OF TEXAS

230 DISTRICT COURT

VS.

OF

Corey Douglas-Myers HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Corey Douglas Mye defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☐ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this ___ day of June A.D., 20___.

**FILED**
Chris Daniel
District Clerk

JUN 23 2015

Time: _____ Harris County, Texas

By _____

_____
DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _____ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that Adam Brown is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, ADAM BROWN , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

01728540
BAR/SPN NUMBER

300 MAIN STE 200
ADDRESS

HOU    TX   77002
CITY        STATE      ZIP

713-223-0051
PHONE

713-223-0877
FAX NUMBER

adambrownlaw@yahoo.com
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 6/22/2015 .

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD

Due: 8-22-15    1st

Court 230    Cause No. 1431043

The State of Texas
vs
douglas-myers, corey
6-23-15

**Date Notice Of Appeal:** JUN 23 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brad Hart
**Court Reporter** Trish Matthews
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** Jerome Godnich

**Attorney on Appeal** to be determined

Appointed ___X___ Hired_____

**Offense** Agg- robbery deadly wpn

~~Jury Trial:~~ PSI → Yes __✓__ No_____

**Punishment Assessed** 6 yrs TDCJ

**Companion Cases (If Known)** n/a

**Amount of Appeal Bond** 0

**Appellant Confined:** Yes_____ No ✓

**Date Submitted To Appeal Section** JUN 23 2015

**Deputy Clerk** A. Sanchez    996